# EXHIBIT 1

**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK

OFFICE OF STATE REVIEW, 80 Wolf Road, Suite 203, Albany, New York 12205-2643
Tel. 518-485-9373
Fax 518-485-9377

### VIA ELECTRONIC TRANSMISSION AND FIRST CLASS MAIL

December 2, 2025

Rachel W. Schwartz, Esq.
Liberty & Freedom Legal Group, Ltd.
105 East 34th Street
#190
New York, NY 10016

> **Re:    K.A. o/b/o N.A. v. New York City Department of Education**
> **Appeal No 25-746; IHO Case No. 297770**

Dear Ms. Schwartz:

Upon review of the pleading filed with the Office of State Review in this matter, it must be rejected as it does not comply with the requirements set forth in State Regulation.

In particular, the Request for Review was not properly verified as required by State regulation (8 NYCRR 279.7[b]).  The Request for Review included an affidavit of verification of the Request for Review that was defective since it was dated November 24, 2025, prior to the date of the Request for Review filed with the Office of State Review, which was dated November 26, 2025.  Accordingly, a defective verification of the Request for Review was filed with the Office of State Review.

Furthermore, the Request for Review was not signed by an attorney or by a party to the proceeding.  State regulation provides that "[a]ll pleadings shall be signed by an attorney, or by a party if the party is not represented by an attorney" (8 NYCRR 279.8[a][4]).  The Request for Review also exceeds the 10-page limit set forth in State regulation (8 NYCRR 279.8[b]).  The Request for Review appears to encompass two separate documents.  The first document entitled " Petitioner's Request for Review," totals 11 pages and includes paragraphs 1-24, however, the second document entitled "Petitioner's Request for Review" that was filed with the Office of State Review totals six additional pages and includes paragraphs 25-35.  The second document has not been signed or verified and the two documents together far exceed the permissible page limitations.

Lastly, the Affirmation of Service that you filed with your appeal papers accompanying the first document entitled Request for Review dated November 26, 2025, stated that it was served on November 24, 2025.  The second Request for Review, also dated November 26, 2025, does not include any separate Affirmation of Service.  It is

December 2, 2025

Page **2** of **2**

unclear from your submissions which documents were served upon the district. Accordingly, the proof of service in this matter is invalid (<u>see</u> 8 NYCRR 279.4[e]).

Your firm has previously been warned about incomplete filings and noncompliance with Part 279 and the unlikelihood that leave to amend would be granted in future matters. Given this and the significant number and type of defects present in your appeal, I decline to exercise my discretion to grant you leave to amend your Request for Review. Accordingly, no further action will be taken on the above matter, and SRO Appeal No. **25-746** is deemed closed.

Sincerely,

Justyn P. Bates
Chief State Review Officer

cc:  Brian J. Reimels, Esq. (via email only)