**Outlook**

---

**Proof of service receipt**

---

**From** ServiceECF (Law) <ServiceECF@law.nyc.gov>

**Date** Tue 4/7/2026 3:41 PM

**To**     Ronan O'Sullivan <ronan@pabilaw.org>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

 Outlook

---

## Service of Complaint | Archibald, et al. v. Samuels, et al. | 26-cv-02744

---

**From** Ronan O'Sullivan <ronan@pabilaw.org>

**Date** Tue 4/7/2026 3:37 PM

**To**    ServiceECF (Law) <serviceecf@law.nyc.gov>; Lindeman, Thomas (LAW) <tlindema@law.nyc.gov>; Teszler, Eric (LAW) <eteszler@law.nyc.gov>; Edmonds, Elizabeth (Law) <eedmonds@law.nyc.gov>

**Cc**    Rory Bellantoni <rory@pabilaw.org>; Nicole Lancia <nicole@pabilaw.org>; Neil Faber <neil@pabilaw.org>

📎 4 attachments (1 MB)

Dkt 5, Summons Issued.pdf; Dkt 1, Complaint (1).pdf; Dkt 1-1, SRO 25-746.pdf; Dkt 1-2, FOFD 297770 (2).pdf;

Good afternoon,

As you know, we represent the Plaintiff in the above-captioned matter. As per the attached SUMMONS IN A CIVIL ACTION (Dkt #5), Plaintiff is hereby serving the Complaint (Dkt #1).

Regards,

**Ronan O'Sullivan**
Law Clerk



**LIBERTY & FREEDOM LEGAL GROUP**
E-Mail: ronan@pabilaw.org

105 East 34th Street, Suite #190
New York, New York 10016

https://libertyfreedom.law/

*Confidentiality Notice - This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.*

*Aviso de confidencialidad - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos*